U.S. DISTRICT COURT - N.D. OF N.Y.
# FILED
MAR 11 2010

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

FORM TO BE USED IN FILING A COMPLAINT

UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

(PRISONER COMPLAINT FORM)

9:10-CV-289

ALL MATERIAL FILED IN THIS COURT IS NOW AVAILABLE VIA THE INTERNET. SEE PRO SE Privacy Notice for further Information.

## 1. CAPTION OF ACTION

A. Full Name and Prisoner Number of Plaintiff: Note: If more than one Plaintiff files this action and seeks In Forma Pauperis status, each Plaintiff must submit an In Forma Pauperis Application and a signed Authorization or the only Plaintiff to be considered will be the Plaintiff who an Application and Authorization.

Mr. Julio Melecio I.D. # 07-A-3977

- VS -

B. Full Name (s) of Defendant(s) NOTE: Pursuant to Fed.R.CIV.P. 10 (a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants you may continue this section on another sheet of paper if you Indicate below that you have done so.

1) Mr. Brian. Fischer               3) Ms. K. Apple, HAC

2) Mr. Jerry, Janiec               4) Mr. Welhelm

(1)

5) Ms: Jane, Doe                6). Mr: John, Doe

7) Mr: Michael L. Graziano       8). Ms: Marie, Hammond

9) Mr: Peter Behrle             10) Mr: Glasser

11). Mr: Douigh                 12) Mr: S. Lucas

13) Mr: Whiteash                14) Mr: D. Ramirez

15) Mr: Leonardo                16). Mr: B. June

17) Mr: D. Vincent              18) Ms: P. Bunch

19) Ms: M. Gonzalez             20) Mr: Murphy

21) Mr: G. Miller               22). Ms: Jane, Doe

23). Ms: Smith                  24) Ms: M. Reed

25) Ms: S. Dimick               26). Ms: S. Derr

26) Ms: Jane, Doe               28) Ms: A. Horner

29) Mr: Mahon            2) Statement of Jurisdiction

This is a civil action seeking relief and/or damages to defend and protect
the rights guaranteed by the constitution of the united states. This action is
brought pursuant to 42 u.s.c. § 1983. The court has jurisdiction over the
action pursuant to 28 u.s.c. § § 1331, 1343 (3) and (4); and 2201.

(2)

3. PARTIES TO THIS ACTION

PLAINTIFF'S INFORMATION NOTE: To list additional plaintiffs; use this format on another sheet of paper..

NAME AND PRISONER NUMBER OF PLAINTIFF: MR. Julio. MELECIO #07A3977 GREENE CORRECTIONAL FACILITY, P.O. BOX 975, COXSACKIE, N.Y. 12051 ( S. BLOCK-UNIT )

DEFENDANT'S INFORMATION NOTE: To provide information about more defendants than there is room for here; use this format on another sheet of paper..

NAME OF DEFENDANT: MR. BRIAN, FISCHER

(IF applicable) OFFICIAL POSITION OF DEFENDANT: NEW YORK STATE COMMISSIONER OF CORRECTIONS   7 TO 3 TOUR

(IF APPLICABLE) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR ____ OFFICIAL CAPACITY.

DEPARTMENT OF CORRECTIONAL SERVICES

ADDRESS OF DEFENDANT: THE HARRIMAN STATE CAMPUS – BUILDING 2 1220-WASHINGTON AVENUE, ALBANY, N.Y. 12226-2050

2). NAME OF DEFENDANT: MR. JERRY, JANIEC

(IF applicable) OFFICIAL POSITION OF DEFENDANT: INMATE – GRIEVANCE PROGRAM SUPERVISOR   7 TO 3 TOUR

(IF applicable) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR ____ OFFICIAL CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975, COXSACKIE, N.Y. 12051.

( 3 )

3)
NAME OF DEFENDANT: Ms. K. APPLE, HAC.

(IF Applicable) OFFICIAL Position OF DEFENDANT: BUSINESS-OFFICE
Clerk 7 TO 3 TOUR

(IF Applicable) DEFENDANT Is SUED IN ✓ INDIVIDUAL AND/OR ___ OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975
COXSACKIE. N.Y. 12051.

4). NAME OF DEFENDANT: MR. WELHELM

(IF Applicable) OFFICIAL Position OF DEFENDANT: SENIOR-CORRECTIONAL-
COUNSELOR 7 TO 3 TOUR

(IF APPLICABLE) DEFENDANT Is SUED IN ✓ INDIVIDUAL AND/OR ___ OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051.

5). NAME OF DEFENDANT: Ms. JANE, DOE

(IF Applicable) OFFICIAL Position OF DEFENDANT: INMATES. ACCOUNT'S
Clerk 7 TO 3 TOUR

(IF Applicable) DEFENDANT Is SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051.

6). NAME OF DEFENDANT: MR. John, DOE

(IF Applicable) ~~DEFENDANT~~ OFFICIAL Position OF DEFENDANT:
SuperINTENDENT OF SECURITY 7 TO 3 TOUR

(IF Applicable) DEFENDANT Is SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE N.Y. 12051.

(4)

7). NAME OF DEFENDANT: MR. Michael L. GRAZIANO

(IF Applicable) OFFicial Position OF DEFENDANT: DEPUTY —

SUPERINTENDENT OF ADMINISTRATION SERVICES   7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued In ✓ Individual AND /OR OFFicial

CAPACITY.

ADDRESS OF DEFENDANT: GREENE Correctional FACILITY; P.O. Box 975,

COXSACKIE, N.Y. 12051.


8). NAME OF DEFENDANT: Ms. MARIE, HAMMOND

(IF Applicable) OFFicial Position OF DEFENDANT: DEPUTY FOR

PROGRAM      7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued In ✓ Individual AND /OR OFFicial

CAPACITY.

ADDRESS OF DEFENDANT: GREENE Correctional FACILITY, P.O. Box 975,

COXSACKIE, N.Y. 12051.


9) NAME OF DEFENDANT: MR. PETER, Behrle

(IF Applicable) OFFicial Position OF DEFENDANT: SUPERINTENDENT —

OFFice      7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued In ✓ Individual AND /OR OFFicial

CAPACITY.

ADDRESS OF DEFENDANT: GREENE Correctional FACILITY: P.O. Box 975,

COXSACKIE, N.Y. 12051.


10). NAME OF DEFENDANT: MR. GLASSER

(IF Applicable) OFFicial Position OF DEFENDANT: (SGT) AT THE

S.H.U. 200     7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued In ✓ Individual AND /OR OFFicial

CAPACITY.

ADDRESS OF DEFENDANT: COXSACKIE, N.Y. 12051.    GREENE CORRECTIONAL FACILITY; P.O. Box 975

11). NAME OF DEFENDANT: MR. DOUIGH

(IF applicable) OFFICIAL POSITION OF DEFENDANT: (SGT) AT THE
S.H.U. 200  3 TO 11 TOUR

(IF Applicable) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY. P.O. BOX 975,
COXSACKIE, N.Y. 12051   (S.H.U. 200)


12). NAME OF DEFENDANT: MR. S. LUCAS

(IF Applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL-
OFFICER  3 TO 11 TOUR

(IF Applicable) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975,
COXSACKIE, N.Y. 12051   (S.H.U. 200)


13). NAME OF DEFENDANT: MR. WHITEASH

(IF applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL-
OFFICER  3 TO 11 TOUR

(IF Applicable) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051 (S.H.U. 200)


14). NAME OF DEFENDANT: MR. D. RAMIREZ

(IF applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL —
OFFICER  7 TO 3 TOUR

(IF Applicable) DEFENDANT IS SUED IN ✓ INDIVIDUAL AND/OR OFFICIAL
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051. (S.H.U. 200)

15). NAME OF DEFENDANT: MR. LEONARDO

(IF Applicable) OFFicial Position of DEFENDANT: CORRECTIONAL-
OFFICER  7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued IN ✓ Individual AND/OR official
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051. (S.H.U. 200)


16) NAME OF DEFENDANT: MR. B. JUNE

(IF Applicable) OFFicial Position of DEFENDANT: CORRECTIONAL —
OFFICER  7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued IN ✓ Individual AND/OR official
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051. (S.H.U. 200)


17) NAME OF DEFENDANT: MR. D. VINCENT

(IF Applicable) OFFicial Position of DEFENDANT: CORRECTIONAL-
OFFICER  7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued IN ✓ Individual AND/OR official
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975,
COXSACKIE, N.Y. 12051. (S.H.U. 200)


18) NAME OF DEFENDANT: MS. P. BUNCH

(IF Applicable) OFFicial Position of DEFENDANT: CORRECTIONAL-
OFFICER  7 TO 3 TOUR

(IF Applicable) DEFENDANT Is sued IN ✓ Individual AND/OR official
CAPACITY

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975
COXSACKIE, N.Y. 12051 (S.H.U. 200)

19). NAME OF DEFENDANT: Ms. M. GONZALEZ

(IF Applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL-

OFFICER 7 TO 3 TOUR

(IF Applicable) DEFENDANT IS SUED IN ___ ✓ INDIVIDUAL AND/OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975;

COXSACKIE, N.Y. 12051 (S.H.U. 200)


20). NAME OF DEFENDANT: MR. MURPHY

(IF Applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL-

OFFICER 3 TO 11 TOUR

(IF Applicable) DEFENDANT IS SUED IN ___ ✓ INDIVIDUAL AND/OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975;

COXSACKIE, N.Y. 12051 (S.H.U. 200)


21). NAME OF DEFENDANT: MR. G. MILLER

(IF Applicable) OFFICIAL POSITION OF DEFENDANT: CORRECTIONAL-

OFFICER 7 TO 3 TOUR

(IF Applicable) DEFENDANT IS SUED IN ___ ✓ INDIVIDUAL AND/OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975;

COXSACKIE, N.Y. 12051 (S.H.U. 200)


22). NAME OF DEFENDANT: Ms. JANE DOE

(IF Applicable) OFFICIAL POSITION OF DEFENDANT: NURSE-ADMINISTRATIVE

OFFICE 7 TO 3 TOUR

(IF Applicable) DEFENDANT IS SUED IN ___ ✓ INDIVIDUAL AND/OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY, P.O. BOX 975
COXSACKIE, N.Y. 12051

23) NAME OF DEFENDANT: Ms. SMITH

(IF applicable) OFFicial POSITION OF DEFENDANT: CORRECTIONAL-
DOCTOR  9 TO 5 TOUR

(IF applicable) DEFENDANT Is sued IN ✓ INDiVidual AND /OR OFFicial
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL Facility P.O. BOX 975,
COXSACKIE, N.Y. 12051.


24). NAME OF DEFENDANT: MS. M. REED

(IF applicable) OFFicial POSITION OF DEFENDANT: CORRECTIONAL-
R.N.  2 TO 10 TOUR

(IF applicable) DEFENDANT Is sued IN ✓ INDiVidual AND /OR OFFicial
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL Facility; P.O. BOX 975
COXSACKIE, N.Y. 12051 (S.H.U. 200)


25) NAME OF DEFENDANT: MS. S. DiMick

(IF applicable) OFFicial POSITION OF DEFENDANT: CORRECTIONAL-
R.N. EARLY MORNING -TOUR

(IF applicable) DEFENDANT Is sued IN ✓ INDiVidual AND /OR OFFicial
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL Facility; P.O. BOX 975,
COXSACKIE, N.Y. 12051. (S.H.U. 200)


26) NAME OF DEFENDANT: MS. S. DERR

(IF applicable) OFFicial POSITION OF DEFENDANT: CORRECTIONAL-
R.N. EARLY MORNING -TOUR

(IF applicable) DEFENDANT Is sued IN ✓ INDiVidual AND /OR OFFicial
CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL Facility; P.O. BOX 975;
COXSACKIE, N.Y. 12051 (S.H.U. 200)

(9)

27) NAME OF DEFENDANT: Ms. JANE DOE

(IF applicable) OFFICIAL POSITION OF DEFENDANT:   MAIL - ROOM -

CLERK   7 TO 3 TOUR

(IF applicable) DEFENDANT IS SUED IN  ✓  INDIVIDUAL AND / OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975;

COXSACKIE, N.Y. 12051


28) NAME OF DEFENDANT:  Ms. A. HORNER

(IF Applicable) OFFICIAL POSITION OF DEFENDANT:   CORRECTIONAL  —

OFFICER   7 TO 3 TOUR

(IF applicable) DEFENDANT IS SUED IN  ✓  INDIVIDUAL AND / OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY;  P.O. BOX 975

COXSACKIE, N.Y. 12051


29) NAME OF DEFENDANT:  MR. MAHON

(IF Applicable) OFFICIAL POSITION OF DEFENDANT:  CORRECTIONAL -

OFFICER   3 TO 11 TOUR

(IF applicable) DEFENDANT IS SUED IN  ✓  INDIVIDUAL AND / OR OFFICIAL

CAPACITY.

ADDRESS OF DEFENDANT: GREENE CORRECTIONAL FACILITY; P.O. BOX 975;

COXSACKIE, N.Y. 12051

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. HAVE YOU BEGUN ANY OTHER LAW-SUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION?

YES: _____   NO: ✓

IF YES, COMPLETE THE NEXT SECTION. NOTE: IF YOU HAVE BROUGHT MORE THAN ONE LAWSUIT DEALING WITH THE SAME FACT AS THIS ACTION, USE THIS FORMAT TO DESCRIBE THE OTHER ACTION(S) ON ANOTHER SHEET OF PAPER.

1). NAME(S) OF THE PARTIES TO THIS OTHER LAWSUIT:

PLAINTIFF(S): _____

DEFENDANT(S): _____

_____

2) COURT (IF FEDERAL COURT, NAME THE DISTRICT; IF STATE COURT, NAME THE COUNTY)

_____

_____

3). DOCKET OR INDEX NUMBER: _____

4). NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: _____

_____

5). THE APPROXIMATE DATE THE ACTION WAS FILED: _____

6. WHAT WAS THE DISPOSITION OF THE CASE?

IS IT STILL PENDING? YES _____   NO _____

IF NOT, GIVE THE APPROXIMATE DATE IT WAS RESOLVED: _____

DISPOSITION (CHECK THE STATEMENTS WHICH APPLY):

DISMISSED (CHECK THE BOX WHICH INDICATES WHY IT WAS DISMISSED):

BY COURT SUA SPONTE AS FRIVOLOUS, MALICIOUS OR FOR FAILING TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED;

(10)

_____ By Court For Failure To Exhaust Administrative Remedies;

_____ By Court For Failure To Prosecute, Pay Filing Fee or Otherwise Respond to a Court Order;

_____ By Court due to your Voluntary Withdrawal of Claim;

_____ Judgment upon Motion or After Trial Entered For

        _____ PLAINTIFF

        _____ DEFENDANT.

**6.**        **S. STATEMENT OF CLAIM**

A. First Claim: On (Date of Incident) _____

Defendant (Give The ~~NAME AND position held~~ of ~~EACH DEFENDANT~~ Involved In This (Incident) _____

_____

_____

Did The Following to Me (briefly state what each defendant named above did): All These Correctional-Officers As D.O.C. Staff's pertaining Commissioner of Corrections; Business Office; Grievance-Office; I.G. All In this Law-suit have not Follow their own Rules /And Regulations on behalf that I'm being harassed; threaten; Denied On Medical-treatment; Supplies; My Mail being tamper with; I not receiving what I'm entitle by either none of these defendants At All As My Disbursement-Forms from the business office; Inmates-Account As I have written all these defendants For Any Action to be taken on My behalf And no Action is being taken As all these; defendants are retaliating on behalf of My complaints As As it's Getting worst; due to the Fact that no Action is being taken at All on My behalf.

    My Life Is In DANGER !.!.

Plus the R.N. Ms. M. Reed, Ms. S. Dimick, Ms. S. Derr And Also —

DOCTOR MS. SMITH ARE DENYING ME MEDICAL-TREATMENT FOR MY LOWER back pains As I have been taken OFF MY Medications For MY LOWER back pains From doctor MS. Smith; due to the Fact that R.N. MS. S-Dimick stated to MS. Smith that (IM A (SNITCH) because that I do like to write complaints as every one is retaliating towards me on behalf that I'M complaining As no-one also aint taking no actions on my behalf on this complaint As all proper procedures that I have taken For All actions of my complaints Are enclosed within this LAW-Suit and no one have taken no action to assist me In Any matter as I hope to hear From some-one.

Sincerely

J. Melius

#07A3977

The constitutional basis for this claim under 42 U.S.C. § 1983 is: That My life is in danger; plus as I have went through the proper procedures And no action being taken so I have to do something about it!

The relief I am seeking for this claim is (briefly state the relief sought): For these D.O.C. Staff's stop lacking on duty and also to please stop harassing, threatening and also denying individual's within what I'm entitle to receive from the state as also stop tampering with My Mail and also frauding within My Money in My Inmate-Account.

Exhaustion of your administrative remedies for this claim: Did you grieve or appeal this claim? __✓__ Yes ___ No If yes; what was the result? That My Grievance is being Investigated and no action taken As defendant's denied the conflict and it keep's happening towards Me. Did you appeal that decision? __✓__ Yes ___ No If yes; what was the result? No response as yet and the Grievance is not being Investigated at all Just being thrown Away!!

"Attach copies of any documents that indicate that you have exhausted this claim.

If you did not exhaust your administrative remedies, state why you did do so well All documents and also all proper procedures have been taken As every Approve of My step's is in enclosed within this Complaint also Attached.

## 6. RELIEF SOUGHT

Summarize the relief requested by you in each statement of claim above.. I'm requesting for this action be taken seriously within my matter due to the fact that I have taken all proper, procedures and no action is being taken at all on my behalf also I do request for these D.O.C. staff's in this complaint all be (sued) seperately in this civil-action for violating their own rules /and regulation's as I being denied on every matter that I'm entitle to receive while in the custody of D.O.C. As for all the un- professional D.O.C. from (GREENE CORRECTIONAL FACILITY) in this action for to stop lacking on duty and also stop denying inmates their medication; their supplies; their law-library access; as well to stop the threats and also harassment's towards inmates on behalf of (retaliation) when an inmate complaint's of the defendent's wrong- doing in action..

END OF REPORT

Do you want a Jury trial? yes ✓    No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23rd 2010

NOTE: EACH plaintiff must sign this complaint and must also sign all subsequent papers filed with the court.

Mr. Julio Melecio

Mr. Julio Melecio

Signature(s) of Plaintiff(s)

(24)